**Eddie Varnold HAMILTON, Appellant,**

v.

**Nancy HAMILTON, Appellee.**

No. 09–1459.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 14, 2009.

Filed: Dec. 30, 2009.

Before LOKEN, Chief Judge, ARNOLD and BENTON, Circuit Judges.

PER CURIAM.

After a bankruptcy court[1] determined that Eddie V. Hamilton had converted Nancy Hamilton's property, it determined that she had suffered $43,840. 00 in damages and held that this debt was not dischargeable. *See* 11 U.S.C. § 523(a)(6). The district court[2] upheld the bankruptcy court's order on appeal. Mr. Hamilton asserts that in reaching its judgment the bankruptcy court applied the wrong measure of damages and erred in assessing their amount. After a thorough review of the record, we detect no error of law or fact and affirm the district court's judgment on the basis of the well-reasoned opinions below. *See* 8th Cir. R. 47B.

1. The Honorable James G. Mixon, United States Bankruptcy Judge for the Eastern District of Arkansas.

2. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.